# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:22-cv-02874-JLS-PD | Date | January 26, 2023 |
|---|---|---|---|
| Title | Robert Furst v. Estate of Hanna Furst | | |

PRESENT:

**HONORABLE JOSEPHINE L. STATON, ULANITED STATES DISTRICT JUDGE**

| V.R. Vallery | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                  None Present

**PROCEEDINGS:** (IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION FOR FAILURE TO COMPLY WITH THE COURT'S ORDER

This action was filed on April 29, 2022.  On January 12, 2023, the Court issued a minute order which ordered Plaintiff to show cause in writing on or before January 19, 2023, why this action should not be dismissed for lack of prosecution [9]. Plaintiff has failed to respond to the Court's Order.  Therefore, the Court **ORDERS** that this action is dismissed without prejudice for lack of prosecution and for failure to comply with the Orders of the Court.

The Court's Order to Show Cause is hereby DISCHARGED.

                                                                                 __ : __

                                            Initials of Deputy Clerk    vv